UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 8:02-CR-114-T-17TGW |
| ) | |
| MICHAEL WOODS. ) | |
| _____ ) | |

## FIRST AMENDED REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On the 26th day of June, 2006, came the Assistant United States Attorney and the defendant MICHAEL WOODS, appeared in person and with counsel AFPD Adam Allen.

It appearing to the Court that the above named defendant, having heretofore been convicted on September 8, 2003 of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Judgment and Commitment entered herein on September 9, 2003.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby **REVOKED**.

Case No. 8:02-CR-114-T-17TGW          USA vs. Michael Woods

It is further ORDERED AND ADJUDGED that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for **IMPRISONMENT** for a period of **FOUR (4) MONTHS** with credit for time served or until the defendant is otherwise discharged as provided as law. This term of imprisonment is to run **CONCURRENTLY** with any sentence of imprisonment imposed in Docket No. CRC05-04799CFANO, Pinellas County Circuit Court, Clearwater, Florida.

**RECOMMENDATION:**

(1) The Court recommends that the Bureau of Prisons designate the defendant's state facility of incarceration as the facility for which the defendant will serve his four-month federal sentence concurrent with his state sentence imposed in Docket No. CRC05-04799CFANO.

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this __10th__ day of August, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office